**IMMINENT DANGER OF DEATH**

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

RECEIVED FOR MAILING

MAR 09 2023

BY UNION CORRECTIONAL

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida
Jacksonville Division

2023 MAR 16 AM 11: 21
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

Kinner, Timmy
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

FDC, FDC Employees, Centurion (employees) et al
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. 3:23-cv-299-MMH-JBT
(to be filled in by the Clerk's Office)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

"IMMINENT DANGER OF DEATH"

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I. **The Parties to This Complaint**

  A. **The Plaintiff(s)**

  Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

  Name: Timmy Kinner
  All other names by which you have been known:
  ID Number: 791538
  Current Institution: Union C.I.
  Address: PO Box 1000
  Raiford, FL 32083
  City, State, Zip Code

  B. **The Defendant(s)**

  Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

  Defendant No. 1
  Name: Mark Perkins
  Job or Title (if known): UNK
  Shield Number: UNK
  Employer: FDC
  Address: UNK
  [✓] Individual capacity  [✓] Official capacity

  Defendant No. 2
  Name: Bernard Reed
  Job or Title (if known): UNK
  Shield Number: UNK
  Employer: FDC
  Address: UNK
  [✓] Individual capacity  [✓] Official capacity

"IMMINENT DANGER OF DEATH"

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
Name: TYLER Watson
Job or Title (if known): LT
Shield Number: UNK
Employer: FDC
Address: UNK
City / State / Zip Code
[✓] Individual capacity  [✓] Official capacity

Defendant No. 4
Name: FNU Lizenbee
Job or Title (if known): UNK
Shield Number: UNK
Employer: FDC
Address: UNK
City / State / Zip Code
[✓] Individual capacity  [✓] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

[ ] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Staff harassed me, assaulted me, robbed me repeatedly; mail censoring (books being denied, destroyed; excessive phone restriction; religious discrimination; discrimination; deprivation of property; destruction of property; NO RESPECT FOR NOTHING!

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

"IMMINENT DANGER OF DEATH"

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. They made me sleep naked & cold w/ no mat NAKED l.terdly NOTHING for days. Mark Perkins harassed me & deprived me of my property which included a lawsuit 4 initial violations by him & other staff & had I been able 2 send my claim 2 court it may've prevented subsequent injuries, as FDC employees he & others are expected 2 perform a certain way or be subject 2 lawsuit 4 misconducts which equate 2 constitutional violations

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [x] Other *(explain)* out of state transfer inmate (compact)

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

~~FDC Butler & UCI~~

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

FDC Butler & UCI

"IMMINENT DANGER OF DEATH"

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C. What date and approximate time did the events giving rise to your claim(s) occur?

Initially upon my arrival in Florida @ RMC Butler sabotage began w/ staff slandering my name saying I was a baby killer & chomo. This was May 20ish of 2022. Then memo sent 2 UCI & I was endangered by staff upon arrival June 20ish

D. What are the facts underlying your claim(s)? (For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?) When I got @ Butler I was labeled baby killer & chomo which is slander/defamation; I was ostracized by staff & inmates & mistreated & harassed bcuz of this; Upon arrival @ UCI ofc B. Reed & M. Perkins made comments about my criminal charges & as a result of this they've set off a domino effect of hate by inmates & staff. They (staff) operate like a gang. I was 'jumped' (assaulted) by extraction team & sprayed as retaliation 4 swinging @ B. Reed as a result of constant harassment; this was b4 (they) staff threw away all my property & gave it 2 other inmates.

V. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. I received no treatment after assault & was swollen & bloody like Rodney King b4 the LA riots. Is property loss & damage injury? If so, property damage & loss.

VI. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. I want 2 be transferred back 2 Idaho & I request actual damages of 2.2 million dollars & 2.2 million in punitive damages BCUZ they caused me permanent pain & suffering & I want 2 be compensated 4 what FDC & it's employees has caused & done 2 me.

"IMMINENT DANGER OF DEATH"

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

VII. **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes
☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

RMC Butler & Union C.I.

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes
☐ No
☑ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes
☐ No
☑ Do not know

If yes, which claim(s)?

"IMMINENT DANGER OF DEATH"

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

   RMC Butler & Union C.I.

2. What did you claim in your grievance?

   That staff has committed mis-conduct that results 2 mis-treatment

3. What was the result, if any?

   No resolution resulted

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   Buz it was initially to correct staff behavior & this didn't happen so appeal was fruitless & now money is the only relief available

**IMMINENT DANGER OF DEATH**

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. higher ups (supervisors) should've known that not every inmate'll tolerate disrespect of constitutional protections

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.) SEE: EXHIBITS FILED W/ PREVIOUS CLAIM ON MARCH 3rd 2023

VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

"IMMINENT DANGER OF DEATH"

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☑ Yes

☐ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) KINNER, T.
   Defendant(s) FDC & FDC employees & Centurion & Centurion employees et al

2. Court *(if federal court, name the district; if state court, name the county and State)*
   US District Middle J'ville Division

3. Docket or index number
   UNK

4. Name of Judge assigned to your case
   UNK

5. Approximate date of filing lawsuit
   March 3rd 2023

6. Is the case still pending?
   ☐ Yes
   ☐ No

   If no, give the approximate date of disposition.

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
   DISMISSED

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

"IMMINENT DANGER OF DEATH"

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☑ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) Kinner, T.
   Defendant(s) Ada County Jail & IDOC et al

2. Court *(if federal court, name the district; if state court, name the county and State)*

   UNK

3. Docket or index number

   UNK

4. Name of Judge assigned to your case

   UNK

5. Approximate date of filing lawsuit

   UNK

6. Is the case still pending?

   ☐ Yes

   ☑ No

   If no, give the approximate date of disposition   UNK

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   DISMISSED

**IMMINENT DANGER OF DEATH**

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 03/07/2023

Signature of Plaintiff: J. K__
Printed Name of Plaintiff: Timmy Kinner
Prison Identification #: F91538
Prison Address: PO Box 1000
Raiford, FL 32083

### B. For Attorneys

Date of signing:

Signature of Attorney:
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Address:
Telephone Number:
E-mail Address: